UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALEXIS W.,

        Plaintiff,

        -v-                     5:24-CV-1131

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On September 17, 2024, plaintiff Alexis W.[1] ("plaintiff") filed this action seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying her application for Supplemental Security Income ("SSI") under the Social Security Act (the "Act"). Dkt. No. 1. Because plaintiff did not consent to the exercise of Magistrate Judge jurisdiction, Dkt. No. 4, the matter was referred to U.S. Magistrate Judge Christan F. Hummel

---

[1] In accordance with a May 1, 2018 memorandum issued by the Judicial Conference's Committee on Court Administration and Case Management and adopted as local practice in this District, only the first name and last initial of plaintiff will be mentioned in this opinion.

for the issuance of a Report & Recommendation ("R&R"). The matter was later reassigned to U.S. Magistrate Judge Paul J. Evangelista. Dkt. No. 9.

The Commissioner filed a certified copy of the Administrative Record, Dkt. No. 8, and the parties briefed the matter in accordance with General Order 18, which provides that an appeal from the Commissioner's denial of benefits should be treated as if the parties have filed cross-motions for a judgment on the pleadings, Dkt. Nos. 14, 18, 21.

On January 12, 2026, Judge Evangelista advised by R&R that plaintiff's motion should be granted, the Commissioner's motion should be denied, the Commissioner's final decision should be vacated, and that this matter should be remanded for further administrative proceedings. Dkt. No. 22.

Neither party has lodged objections, and the time period in which to do so has expired. Dkt. No. 22. Upon review for clear error, Judge Evangelista's R&R is accepted and will be adopted. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 22) is ACCEPTED;

2. Plaintiff's motion is GRANTED;

3. The Commissioner's motion is DENIED;

4. The Commissioner's final decision is VACATED; and

5. This action is REMANDED for further administrative proceedings.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

Dated: January 27, 2026
Utica, New York.

David N. Hurd
U.S. District Judge